**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Nisan Novack, Stuart Novack
Helida Novack

_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

STRAYER UNIVERSITY

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 NOV 16  P 5:49

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional  plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff 1     Name              Nisan Novack

                Street Address    113 Ebbetts Drive

                County, City      Camden, Atco

                State & Zip Code  New Jersey     08004

                Telephone Number  856-753-0656

Plaintiff 2. Stuart Novack - 8 Nassau Drive, Willingboro
          New Jersey  08046

Plaintiff 3. Helida Novack - 113 Ebbetts Drive,
          Willingboro, New Jersey  08004

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1          Name  _Strayer University_

                         Street Address _____

                         County, City  _Washington  D.C_

                         State & Zip Code _____


Defendant No. 2          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 3          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


Defendant No. 4          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____


## II.      Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions              ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff       ☐ U.S. Government Defendant


B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  _handicap discrimination, religious discrimination, age discrimination_

-2-

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _Cherry Hill, New Jersey at Strayer Campus_

B. What date and approximate time did the events giving rise to your claim(s) occur? _____
_January 2012_

C. Facts: _____

**What happened to you?**

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

- 3 -

- 4 -

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 11 day of November , 20 16 .

Signature of Plaintiff _Helda Novack_

Mailing Address _113 Ebbotts Drive_
_Atco, New Jersey_
_08004_

Telephone Number _856 - 753 - 0656_

Fax Number *(if you have one)* _____

E-mail Address _nisan 1996 at yahoo.com_

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Nisan Novack_

- 5 -